

# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| JEFF DRIVER, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF A.G.L.D., JANNA DRIVER, INDIVIDUALLY AND AS PARENT AND NEXT FRIEND OF T.N.B., A.G.C., B.J.C., AND C.M.C., AND ANDREW BENNETT, INDIVIDUALLY, Plaintiff, v. AMC MILITARY HOUSING, A FOREIGN LIMITED PARTNERSHIP, BALFOUR BEATTY COMMUNITIES, A FOREIGN LIMITED LIABILITY COMPANY, SMITH BROTHERS HEAT AND AIR, LTD., AN OKLAHOMA CORPORATION, AND BLACKMON MOORING OF OKLAHOMA CITY, INC., AN OKLAHOMA CORPORATION, Defendant. | No. CJ-2019-3047<br>(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)<br><br>Filed: 05/31/2019<br>Closed: 12/17/2019<br><br>Judge: Prince, Thomas E |

## PARTIES

Amc Military Housing, Defendant
Balfour Beatty Communities, Defendant
Bennett, Andrew, Plaintiff
Blackmon Mooring Of Oklahoma City Inc, Defendant
Driver, Janna, Plaintiff
Driver, Jeff, Plaintiff
Smith Brothers Heal And Air Ltd, Defendant

## ATTORNEYS

**Attorney**                                                    **Represented Parties**

| Attorney | Represented Parties |
|---|---|
| GLASS, WOODROW K (Bar #15690)<br>1601 36th Ave, NW, Suite 100<br>Norman, OK 73072 | Driver, Jeff<br>Bennett, Andrew<br>Driver, Janna |
| LANDEROS, Shawna L (Bar #31637)<br>First Place<br>15 East 5th Street, Suite 3900<br>Tulsa, OK 74103 | Blackmon Mooring Of Oklahoma City Inc, |
| Willis, W. Brett (Bar #15168)<br>204 NORTH ROBINSON SUITE 1000<br>OKC, OK 73102 | Amc Military Housing,<br>Balfour Beatty Communities, |

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**   Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
Filed By: Driver, Jeff
Filed Date: 05/31/2019

| Party Name | Disposition Information |
|---|---|
| **Defendant:** Amc Military Housing | Disposed: DISMISSED WITHOUT PREJUDICE, 12/17/2019. Other |
| **Defendant:** Balfour Beatty Communities | Disposed: DISMISSED WITHOUT PREJUDICE, 12/17/2019. Other |
| **Defendant:** Smith Brothers Heal And Air Ltd | Disposed: DISMISSED WITHOUT PREJUDICE, 12/17/2019. Other |
| **Defendant:** Blackmon Mooring Of Oklahoma City Inc | Disposed: DISMISSED WITHOUT PREJUDICE, 12/17/2019. Other |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 05-31-2019 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 05-31-2019 | CONTRACT | BREACH OF AGREEMENT - CONTRACT | | | |
| 05-31-2019 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 05-31-2019 | PFE1 | PETITION | | | $ 163.00 |
| 05-31-2019 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 05-31-2019 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 05-31-2019 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 05-31-2019 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 05-31-2019 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 05-31-2019 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 05-31-2019 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 05-31-2019 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 05-31-2019 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 05-31-2019 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 05-31-2019 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 05-31-2019 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 05-31-2019 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 05-31-2019 | SMF | SUMMONS FEE | | | $ 40.00 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 05-31-2019 | P | PETITION<br>Document Available (#1043892064) 📄TIFF<br>📄PDF | | | |
| 05-31-2019 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE PRINCE, THOMAS E TO THIS CASE. | | | |
| 05-31-2019 | ACCOUNT | RECEIPT # 2019-4612279 ON 05/31/2019. PAYOR: WARD & GLASS TOTAL AMOUNT PAID: $ 272.14.<br>LINE ITEMS:<br>CJ-2019-3047: $203.00 ON AC01 CLERK FEES.<br>CJ-2019-3047: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2019-3047: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2019-3047: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2019-3047: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2019-3047: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2019-3047: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2019-3047: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2019-3047: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2019-3047: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2019-3047: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. | | | |
| 06-10-2019 | SMS | SUMMONS RETURNED, SERVED: BALFOUR BEATTY COMMUNITIES C/O CORP. SERVICE COMPANY SIGN BY G. PARRISH ON 6/6/19 CERT MAIL<br>Document Available (#1043806456) 📄TIFF<br>📄PDF | | | |

OSCN Case Details                                                                 Page 5 of 7

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 06-10-2019 | SMS | SUMMONS RETURNED, SERVED: ADELIA 6-5-19 BY MAIL<br>Document Available (#1043806460) TIFF PDF | | | |
| 06-25-2019 | EAA | ENTRY OF APPEARANCE - ATTORNEY FOR DEFENDANTS<br>Document Available (#1044215024) TIFF PDF | | | |
| 06-25-2019 | A | ANSWER OF DEFENDANT, BALFOUR BEATTY MILITARY HOUSING MANAGEMENT LLC<br>Document Available (#1044070408) TIFF PDF | | | |
| 06-25-2019 | SPAPP | SPECIAL ENTRY OF APPEARANCE AND RESERVATION OF TIME IN WHICH TO FURTHER PLEAD OR ANSWER<br>Document Available (#1043374689) TIFF PDF | | | |
| 06-25-2019 | A | ANSWER OF DEFENDANT, AMC WEST HOUSING LP<br>Document Available (#1040993853) TIFF PDF | | | |
| 07-15-2019 | A | ANSWER OF DEFENDANT, BLACMON MOORING OF OKLAHOMA CITY, INC.<br>Document Available (#1044070713) TIFF PDF | | | |
| 07-15-2019 | AM | AMENDED ANSWER OF DEFENDANT, BBC AF MANAGEMENT/DEVELOPMENT LLC<br>Document Available (#1044052346) TIFF PDF | | | |
| 09-23-2019 | RET | RETURN AFFIDAVIT SERVED AMC MILITARY HOUSING, BAFOUR BEATY COMMUNITIES, SMITH BROTHERS HEAT & AIR, BLACKMON MOORING ON 9-18-19<br>Document Available (#1044526845) TIFF PDF | | | |

OSCN Case Details                                                                 Page 6 of 7

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 10-10-2019 | EAA | SPECIAL APPEARANCE WITH MOTION TO DISMISS PLAINTIFFS PETITION WITH BRIEF IN SUPPORT<br>Document Available (#1044657878) 📄TIFF 📄PDF | | | |
| 10-17-2019 | MOAW | MOTION TO WITHDRAW<br>Document Available (#1045118713) 📄TIFF 📄PDF | | | |
| 10-30-2019 | AM | AMENDED MOTION TO WITHDRAW<br>Document Available (#1045128122) 📄TIFF 📄PDF | | | |
| 11-19-2019 | O | AGREED ORDER ALLOWING MOTION TO WITHDRAW/PRINCE<br>Document Available (#1043210235) 📄TIFF 📄PDF | | | |
| 12-12-2019 | MO | MOTION TO ASSOCIATE COUNSEL<br>Document Available (#1045657609) 📄TIFF 📄PDF | | | |
| 12-13-2019 | EAA | ENTRY OF APPEARANCE ATTORNEY FOR PLAINTIFFS<br>Document Available (#1045188980) 📄TIFF 📄PDF | | | |
| 12-17-2019 | DISPDWOP | DISMISSAL WITHOUT PREJUDICE<br>Document Available (#1045190781) 📄TIFF 📄PDF | 1 | Amc Military Housing | |
| 12-17-2019 | DISPDWOP | DISMISSAL WITHOUT PREJUDICE<br>Document Available (#1045190781) 📄TIFF 📄PDF | 1 | Balfour Beatty Communities | |
| 12-17-2019 | DISPDWOP | DISMISSAL WITHOUT PREJUDICE<br>Document Available (#1045190781) 📄TIFF 📄PDF | 1 | Smith Brothers Heal And Air Ltd | |
| 12-17-2019 | DISPDWOP | DISMISSAL WITHOUT PREJUDICE<br>Document Available (#1045190781) 📄TIFF 📄PDF | 1 | Blackmon Mooring Of Oklahoma City Inc | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 12-17-2019 | DISM | DISMISSAL WITHOUT PREJUDICE AGAINST AMC MILITARY HOUSING, SMITH BROTHERS HEAT AND AIR, LTD AND BLACKMON MOORING OF OKLAHOMA CITY, INC. ONLY<br>Document Available (#1045190785) 📄TIFF 📄PDF | | | |
| 01-02-2020 | O | ORDER ADMITTING TO PRACTICE<br>Document Available (#1045730833) 📄TIFF 📄PDF | | | |